# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 22, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND KEITH HEWLETT | Case No.   2:22-mj-00078-JAG |

## CRIMINAL COMPLAINT

I, Timothy Wihera, the complainant in this case, state that the following is true to the best of my knowledge and belief.   On or about September 30, 2021, and presently continuing in the county of Spokane in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| *21 U.S.C. § 841(a)(1)* | *Unlawful Distribution of a Controlled Substance.* |

This complaint is based on these facts:


☒ Continued on the attached sheet.

_____
*Complainant's signature*
Timothy J. Wihera, Special Agent, ATF

*Printed name and title*

Sworn to ~~before me~~ telephonically and signed ~~in my presence~~ electronically. JAG

Date:   March 22, 2022

_____
*Judge's signature*
James A. Goeke, United States Magistrate Judge

City and state:   Spokane, Washington

*Printed name and title*