# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. RAYMOND KEITH HEWLETT**     Case No.    2:22-MJ-0078-JAG-1

**Initial Appearance on Complaint:**                       03/25/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Patrick Cashman, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Kathryn Lucido, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA motion for detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Complaint |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is RAYMOND KEITH HEWLETT.

Defendant was advised of his rights and the allegations contained in the Complaint.

The Court entered a denial of the allegations in the Complaint.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government has filed a motion for detention.

Defendant requested a preliminary hearing be set on April 6, 2022; and a detention hearing be set on March 28, 2002. Government in agreement with dates.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
2. Detention hearing set on March 28, 2022, at 1:30 p.m.
3. Status hearing set on April 6, 2022, at 1:30 p.m.
4. Preliminary hearing set on April 6, 2022, at 1:30 p.m.
5. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| Detention Hrg:<br>03/28/2022<br>@ 1:30 p.m. [S/JAG] | Preliminary Hrg:<br>04/06/2022<br>@ 1:30 p.m. [S/JAG] | Status Hrg:<br>04/06/2022<br>@ 1:30 p.m. [S/JAG] |
|---|---|---|